|                                          |   |                   |
|------------------------------------------|---|-------------------|
|                                          | * | IN THE            |
|                                          | * |                   |
| IN THE MATTER OF THE                     |   | SUPREME COURT     |
| APPLICATION OF BARRY                     | * |                   |
| RICHARD LENK TO RESIGN FROM              |   | OF MARYLAND       |
| THE PRACTICE OF LAW IN                   | * |                   |
| MARYLAND                                 |   | AG No. 59         |
|                                          | * |                   |
|                                          |   | September Term, 2023 |
|                                          | * |                   |

## ORDER

Upon consideration of the application to resign from the practice of law filed by Barry Richard Lenk on July 8, 2024, and Bar Counsel's response to the application filed on July 22, 2024, advising that Bar Counsel conducted an investigation and is satisfied that the requirements of Rule 19-735(b) have been met and requests that the application be accepted, it is this 24th day of July 2024,

ORDERED, by the Supreme Court of Maryland, that the resignation of Barry Richard Lenk from the Bar of the State of Maryland is accepted; and it is further

ORDERED, that, pursuant to Rule 19-735(e), the Clerk of this Court shall remove the name Barry Richard Lenk from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State; and it is further

ORDERED, that the Clerk of the Court shall give any notice required by Rule 19-707(e).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Shirley M. Watts
Senior Justice